IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 09-cv-02551-PAB

SCOTT MORRISON,

    Plaintiff,

v.

LONG BUILDING TECHNOLOGIES, INC. and
UNITED OF OMAHA LIFE INSURANCE COMPANY,

    Defendants.

_____

**ORDER OF DISMISSAL OF DEFENDANT
LONG BUILDING TECHNOLOGIES, INC. WITHOUT PREJUDICE**
_____

THIS MATTER comes before the Court upon the Motion to Dismiss Defendant Long Building Technologies Without Prejudice [Docket No. 2].  The Court has reviewed the pleading and is fully advised in the premises.  It is

**ORDERED** that the Motion to Dismiss Defendant Long Building Technologies Without Prejudice [Docket No. 2] is granted.  It is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 41(a), all claims asserted in this matter against defendant Long Building Technologies, Inc. are dismissed without prejudice, with each party to bear its own attorneys' fees and costs.

DATED December 21, 2009.

                                                  BY THE COURT:

                                                  s/Philip A. Brimmer
                                                  PHILIP A. BRIMMER
                                                  United States District Judge