IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02551-WYD-MJW

SCOTT MORRISON,

Plaintiff(s),

v.

UNITED OF OMAHA LIFE INSURANCE COMPANY,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby **ORDERED** that the Joint Motion Regarding Plaintiff's Motion for Leave to Serve Written Discovery **(Docket No. 30)** is **granted**. Accordingly, it is further

    **ORDERED** that the plaintiff's Opposed Motion for Leave to Serve Written Discovery **(Docket No. 19)** is **denied as moot**.

Date: June 2, 2010