IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02551-WYD-MJW

SCOTT MORRISON,

Plaintiff(s),

v.

UNITED OF OMAHA LIFE INSURANCE COMPANY,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Joint Motion for Entry of Stipulated Protective Order (docket no. 28) is GRANTED finding good cause shown. The written Stipulated Protective Order (docket no. 28-1) is APPROVED as amended in paragraphs 7 and 9 and made an Order of Court.

Date: June 2, 2010