IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 09-cv-02551-WYD-MJW

SCOTT MORRISON,

    Plaintiff,

v.

UNITED OF OMAHA LIFE INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Defendant's Unopposed Motion for Leave to Exceed Page Limit in Response to Plaintiff's Motion for Summary Judgment [ECF No. 41] filed September 9, 2010, is **GRANTED.** Defendant is hereby permitted to file a thirty-page response brief, not including the parties' statement of facts.

    Dated: September 9, 2010.