IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-02551-WYD-MJW

SCOTT MORRISON,

    Plaintiff,

v.

UNITED OF OMAHA LIFE INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Defendant's Unopposed Motion to File Brief Surreply to Plaintiff's Motion for Summary Judgment [ECF No. 57], filed November 3, 2010, is **GRANTED.** Defendant shall have until **Monday, November 15, 2010** to file a surreply, not to exceed five pages in length.

    Dated: November 4, 2010.