IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-02551-WYD-MJW

SCOTT MORRISON,

    Plaintiff,

v.

UNITED OF OMAHA LIFE INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Plaintiff's Unopposed Motion to Substitute Exhibit [ECF No. 62], filed July 28, 2011 is **GRANTED**.  Exhibit 1 (the invoice) attached to the Unopposed Motion to Substitute Exhibit [ECF No. 62] shall be substituted for the erroneously filed Exhibit 1, which was originally attached to the Opposed Motion for Attorneys Fees and Costs [ECF No. 61].

    Dated:  July 28, 2011.