IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-02551-WYD-MJW

SCOTT MORRISON,

    Plaintiff,

v.

UNITED OF OMAHA LIFE INSURANCE COMPANY,

    Defendant.

## ORDER

    Upon the Stipulation for Dismissal with Prejudice of the parties and a review of the file, it is hereby

    ORDERED that this action is hereby **DISMISSED WITH PREJUDICE**, each party shall bear his or its own costs and attorneys' fees.  It is

    FURTHER ORDERED that Plaintiff's Motion for Attorney Fees and Costs [ECF No. 61], filed July 14, 2011, is **DENIED AS MOOT.**

    Dated:  August 30, 2011.

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          WILEY Y. DANIEL,
                                          CHIEF UNITED STATES DISTRICT JUDGE